UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>    Defendant. | No. 1:24-cv-12857-JEK |

## ORDER OF DISMISSAL

**KOBICK, J.**

On June 2, 2025, the Court granted plaintiff Juan Lopez's motion for leave to proceed *in forma pauperis*. ECF 4. The Court also dismissed Lopez's complaint with leave to file an amended complaint that states a plausible claim for relief. *Id.* The Court stated that failure to do so by June 23, 2025 would result in dismissal of the action without prejudice. *Id.*

The time for complying with the June 2, 2025 order has lapsed without any response from Lopez. Because Lopez has not timely filed an amended complaint, this action is DISMISSED without prejudice for lack of prosecution. *See Santos v. Dep't of Educ. of Com. of Puerto Rico*, 108 F. App'x 638, 640 (1st Cir. 2004) (district courts have "the power to act *sua sponte* to dismiss a suit for failure to prosecute"); *Tower Ventures, Inc. v. City of Westfield*, 296 F.3d 43, 46 (1st Cir. 2002) ("disobedience of court orders . . . warrants dismissal").

SO ORDERED.

Dated: June 30, 2025

/s/ Julia E. Kobick
JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE